1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BENJAMIN LEE HILL,

11            Plaintiff,                    No. CIV S-10-0803 GGH

12       vs.

13   JIMMY WALKER, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            Plaintiff has consented to the jurisdiction of the undersigned (docket # 4).  By

17   order filed August 9, 2010, the court granted plaintiff twenty-eight days to file an amended

18   complaint.  In the August 9th order, the court informed plaintiff of the deficiencies in his

19   complaint.  On September 3, 2010, plaintiff was granted an extension of time until October 4,

20   2010, to submit his amended complaint.  To date, plaintiff has not filed an amended complaint or

21   otherwise responded to the court's order.

22            For the reasons given in the August 9, 2010, order, IT IS HEREBY ORDERED

23   that this action is dismissed with prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

24   DATED: November 16, 2010              /s/ Gregory G. Hollows
                                          _____
25                                        GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
26   GGH:035 - hill0803.fta